**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TYRONE L. LYONS,

                Plaintiff,                      19 **CIVIL** 7599 (SN)

     -v-                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Remand Order dated February 19, 2021, that this action be, and hereby is, REMANDED to the Commissioner for further proceedings pursuant to the sentence four of 42 U.S.C. § 405(g); accordingly, the case is closed.

**Dated:**  New York, New York

       February 19, 2021

                                                        **RUBY J. KRAJICK**
                                                       _____
                                                       **Clerk of Court**
                          **BY:**      *K. Mango*
                                                       _____
                                                       **Deputy Clerk**